1912.)    In the matter of John J. McDonald. No opinion.    Order affirmed, with $10 costs and disbursements.    Order filed.    See, also, 137 N. Y. Supp. 1128.

In re McDONALD.    (Supreme Court, Appellate Division, First Department.    October 18, 1912.)    In the matter of John J. McDonald. No opinion.    Motion denied, with $10 costs. Order filed.    See, also, 137 N. Y. Supp. 1128.

McFADDEN, Respondent, v. CITY OF NEW YORK, Appellant, et al.    (Supreme Court, Appellate Division, Second Department.    November 15, 1912.)    Action by Harry J. McFadden against the City of New York and the Midwood Construction Company.    No opinion.    Judgment and order unanimously affirmed, with costs.

McGRAW, Appellant, v. CITY OF NEW YORK, Respondent.    (Supreme Court, Appellate Division, Second Department.    October 4, 1912.)    Action by Margaret McGraw against the City of New York.    No opinion.    Judgment and order unanimously affirmed, with costs.

McINTYRE, Respondent, v. MASON–SEA-MAN TRANSP. CO., Appellant.    (Supreme Court, Appellate Division, Second Department. October 4, 1912.)    Action by Patrick J. McIntyre against the Mason-Seaman Transportation Company.

PER CURIAM.    Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulates to reduce the recovery of damages to the sum of $6,000, in which event the judgment, as modified, and the order denying motion for a new trial, are unanimously affirmed, without costs of this appeal.

McKIERNAN, Respondent, v. NEW YORK, S. & W. R. CO., Appellant.    (Supreme Court, Appellate Division, Second Department.    September 10, 1912.)    Action by John McKiernan against the New York, Susquehanna & Western Railroad Company.    No opinion.    Judgment and order unanimously affirmed with costs.

McKIERNAN, Respondent, v. NEW YORK, S. & W. R. Co., Appellant.    (Supreme Court, Appellate Division, Second Department.    October 18, 1912.)    Action by John McKiernan against the New York, Susquehanna & Western Railroad Company.    No opinion.    Motions for reargument (of 137 N. Y. Supp. 1128) and for leave to appeal to the Court of Appeals denied, without costs.

McLEAN, Appellant, v. GARDNER, Respondent.    (Supreme Court, Appellate Division, First Department.    October 18, 1912.)    Action by Thomas O. McLean, as administrator, against Ernestine C. Gardner.    J. O'Connell, of New York City, for appellant.    J. H. Kohan, of New York City, for respondent.    No opinion. Order affirmed, with $10 costs and disbursements.    Order filed.

McMAHON, Respondent, v. MILLER et al., Appellants.    (Supreme Court, Appellate Division, Fourth Department.    October 8, 1912.) Action by Thomas McMahon against Walter Miller, as executor, etc., and others.    No opinion.    Order affirmed, with $10 costs and disbursements.

McNAMARA, Appellant, v. STARKWEATH-ER, Respondent.    (Supreme Court, Appellate Division, Fourth Department.    October 2, 1912.)    Action by A. Miles McNamara against Rufus G. Starkweather.    No opinion.    Order affirmed, with $10 costs and disbursements.

McQUILLAN v. McQUILLAN et al.    (Supreme Court, Appellate Division, Second Department.    September 10, 1912.)    Action by Margaret McQuillan against Jane McQuillan and others.    No opinion.    Order (134 N. Y. Supp. 893) affirmed, with $10 costs and disbursements.

McWHARF, Respondent, v. ROCHESTER TAXICAB CO., Appellant.    (Supreme Court, Appellate Division, Fourth Department.    October 16, 1912.)    Action by Irving McWharf against the Rochester Taxicab Company.

PER CURIAM.    Judgment and order affirmed, with costs.

SPRING, J., not sitting.

MADDEN, Respondent, v. PITTSBURG CONTRACTING CO., Appellant.    (Supreme Court, Appellate Division, Second Department. November 15, 1912.)    Action by Joseph Madden against the Pittsburg Contracting Company.    No opinion.    Judgment and order unanimously affirmed, with costs.

MALTZ et al., Respondents, v. WEST-CHESTER COUNTY BREWING CO., Appellant.    (Supreme Court, Appellate Division, Second Department.    November 1, 1912.)    Action by Adolph Maltz and Marie Maltz against the Westchester County Brewing Company.    No opinion.    Order affirmed, with $10 costs and disbursements.

In re MANTON.    (Supreme Court, Appellate Division, Second Department.    October 4, 1912.) In the matter of the application of Michael J. Manton for an order continuing a mechanic's lien.    No opinion.    Motion granted, without costs.    See, also, 136 N. Y. Supp. 597.

MARINO, Appellant, v. RUNKEL BROS., Respondents.    (Supreme Court, Appellate Division, First Department.    November 1, 1912.) Action by Giuseppa Marino, as administratrix, against Runkel Bros.    R. Maggio, of New York City, for appellant.    Edward P. Mowton, of New York City, for respondents.

PER CURIAM.    Judgment and order affirmed, with costs.    Order filed.    See, also, 135 N. Y. Supp. 1126.

LAUGHLIN, J., dissents.